17-0995

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Marcelina A. Angud<br><br>Debtor(s) | Chapter 13 Proceeding<br><br>Case No.  13-12847 SR |

### ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

 Kindly enter my appearance on behalf of BAYVIEW LOAN SERVICING, LLC in the above captioned matter.

    POWERS KIRN & ASSOCIATES, LLC

    By:  /s/  Jill Manuel-Coughlin, Esquire
    Attorney ID# 63252
    Eight Neshaminy Interplex, Suite 215
    Trevose, PA 19053
    Telephone: 215-942-2090