United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                       Case No. 13-12847-sr
Marcelina A. Angud                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2            Date Rcvd: Aug 18, 2017
                              Form ID: 138NEW         Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2017.
```
db         +Marcelina A. Angud,   942 Jackson Street,   Philadelphia, PA 19148-3120
NONE       +Michael J. Halprin,   1806 South Broad Street,   Philadelphia, PA 19145-2303
13878459   +BAYVIEW LOAN SERVICING,    AS AGENT FOR THE BANK OF NEW YORK MELLON,    c/o MATTEO SAMUEL WEINER,
            701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13631756   +Bank of New York Mellon,    fka Bank of New York Loan 2007-23CB,   c/o DANIELLE BOYLE-EBERSOLE,
            298 Wissahickon Avenue,   North Wales PA 19454-4114
13046181   +Bank of New York Mellon,    c/o Kimberly A. Bonner, Esq,   Zucker, Goldberg & Ackerman, LLC,
            200 Sheffield St. Suite 101,   Mountainside, NJ 07092-2315
13952398   +Bayview Loan Servicing LLC,    c/o JILL MANUEL-COUGHLIN,   Powers, Kirn & Associates, LLC,
            Eight Neshaminy Interplex, Suite 215,   Trevose, PA 19053-6980
13010149   +Capital One, N.a.,    Capital One Bank (USA) N.A.,   Po Box 30285,
            Salt Lake City, UT 84130-0285
13011844   +Citizens Bank,   443 Jefferson Blvd,   RJW 135,   Warwick RI 02886-1321
13010150   +Citizens Bank,   1 Citizens Dr,   Riverside, RI 02915-3000
13010151   +Citizens Cc,   Attn: bankruptcy Department,    480 Jefferson Blvd Ms: Rje-135,
            Warwick, RI 02886-1359
13010156   +Indymac Bank/OnewestBank/US Bank,    Attn:Bankruptcy,   2900 Esperanza Crossing,
            Austin, TX 78758-3658
13353297   +Michael J. Halprin,   1806 South 7th Street,   Philadelphia, PA 19148
13063843    OneWest Bank, FSB,    PO Box 829009,   Dallas, TX 75382-9009
13010159   +Select Portfolio Svcin,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
13010160   +Tempus Rsrts/tempus Pa,    5422 Carrier Dr Ste 100,   Orlando, FL 32819-8323
13945117   +The Bank of New York Mellon,    fka Bank of New York (CWALT 07-00023CB),   c/o DAVID NEEREN,
            111 Woodcrest Road,   Cherry Hill, NJ 08003-3620
13010161   +Tony S. Angud,   942 Jackson Street,   Philadelphia, PA 19148-3120
13010162   +US Bank, FSB,   888 E Walnut Street,   Pasadena, CA 91101-1895
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Aug 19 2017 01:42:49    City of Philadelphia,
            City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
            Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 19 2017 01:41:42
            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
            Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 19 2017 01:42:19    U.S. Attorney Office,
            c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr         +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 19 2017 01:42:20
            Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd. 5th Floor,
            Coral Gables, FL 33146-1837
cr          E-mail/Text: bankruptcy@phila.gov Aug 19 2017 01:42:49    City of Philadelphia,
            Law Revenue Department,   c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
            5th Floor, Municipal Services Bldg,   Philadelphia, PA  19102
13841521   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 19 2017 01:42:20
            Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
            Coral Gables, Florida 33146-1837
13010147   +E-mail/Text: notices@burt-law.com Aug 19 2017 01:43:23    Burton Neil & Associates PC,
            1060 Andrew Drive,   Suite 170,   West Chester, PA 19380-5600
13010153    E-mail/Text: bankruptcy@phila.gov Aug 19 2017 01:42:49    City of Philadelphia,
            1515 Arch Street,   15th Floor,   Philadelphia, PA 19102-1595
13010152    E-mail/Text: bankruptcy@phila.gov Aug 19 2017 01:42:49    City of Philadelphia,
            Law Department,   1515 Arch Street, 15th Floor,   Philadelphia, PA 19103
13077878    E-mail/Text: bankruptcy@phila.gov Aug 19 2017 01:42:49    City of Philadelphia Law Department,
            Tax Unit - Bankruptcy,   Municipal Services Building,    1401 John F. Kennedy Blvd., 5th Floor,
            Philadelphia, PA 19102-1595
13010158    E-mail/Text: bankruptcy@phila.gov Aug 19 2017 01:42:49    Philadelphia Dept of Revenue,
            P.O. Box 1630,   Philadelphia, PA 19134
13010154   +E-mail/PDF: pa_dc_ed@navient.com Aug 19 2017 01:47:20    Dept Of Ed/sallie Mae,   Po Box 9635,
            Wilkes Barre, PA 18773-9635
13010155   +E-mail/Text: bankruptcy.bnc@ditech.com Aug 19 2017 01:41:06    Green Tree Servicing L,
            Po Box 6172,   Rapid City, SD 57709-6172
13017284   +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2017 01:46:53    Green Tree Servicing LLC,
            7340 S. Kyrene Rd.,   Recovery Dept - T120,   Tempe, Az 85283-4573
13010157    E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2017 01:46:52    Lowes,   P.O. Box 960010,
            Orlando, FL 32896-0010
13168206    E-mail/PDF: pa_dc_ed@navient.com Aug 19 2017 01:46:31    Sallie Mae Inc, On Behalf of The,
            Department of Education,   DOE,   P.O. Box 740351,   Atlanta, GA 30374-0351
                                                                                            TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13010148        Cao
```

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Aug 18, 2017
                              Form ID: 138NEW         Total Noticed: 34

13353302*     +Michael J. Halprin,   1806 South 7th Street,   Philadelphia, PA 19148
                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2017 at the address(es) listed below:

```
          DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor   Bank of New York Mellon, f/k/a The Bank of New
           York, as trustee, on behalf of the holders of the Alternative Loan Trust 2007-23CB, Mortgage
           Pass-Through Certificates, Series 2007-23CB debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
          DAVID   NEEREN    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York, as
           Trustee (CWALT 2007-23CB) dneeren@udren.com,   vbarber@udren.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
          HEATHER STACEY RILOFF    on behalf of Creditor   Bank of New York Mellon, f/k/a The Bank of New
           York, as trustee, on behalf of the holders of the Alternative Loan Trust 2007-23CB, Mortgage
           Pass-Through Certificates, Series 2007-23CB heather@mvrlaw.com,   Michelle@mvrlaw.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor   Bayview Loan Servicing LLC jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          JOHN ERIC KISHBAUGH    on behalf of Creditor   U.S. Bank National Association, as trustee for the
           LXS 2007-4N jkishbaugh@udren.com,   vbarber@udren.com
          KIMBERLY A. BONNER    on behalf of Creditor   Bank of New York Mellon, f/k/a The Bank of New York,
           as trustee, on behalf of the holders of the Alternative Loan Trust 2007-23CB, Mortgage
           Pass-Through Certificates, Series 2007-23CB amps@manleydeas.com
          MARY F. KENNEDY    on behalf of Defendant   Greentree Servicing mary@javardianlaw.com,
           tami@javardianlaw.com
          MATTEO SAMUEL WEINER    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
           YORK, AS TRUSTEE (CWALT 2007-23CB) bkgroup@kmllawgroup.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Bank of New York Mellon, f/k/a The Bank of New
           York, as trustee, on behalf of the holders of the Alternative Loan Trust 2007-23CB, Mortgage
           Pass-Through Certificates, Series 2007-23CB mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
          MICHAEL D. WARD    on behalf of Debtor Marcelina A. Angud mdwecf@gmail.com,
           G7290@notify.cincompass.com
          MICHAEL J. HALPRIN    on behalf of  Michael J. Halprin ecf@halprinlaw.com,   mdwmjh@gmail.com
          MICHAEL J. HALPRIN    on behalf of Plaintiff Marcelina A. Angud ecf@halprinlaw.com,
           mdwmjh@gmail.com
          MICHAEL J. HALPRIN    on behalf of Debtor Marcelina A. Angud ecf@halprinlaw.com,   mdwmjh@gmail.com
          PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
           james.feighan@phila.gov
          PETER J. ASHCROFT    on behalf of Creditor   BANK OF AMERICA, N.A. pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS R. WASKOM    on behalf of Creditor   Citizens Bank kbell@hunton.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 19
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Marcelina A. Angud

    Debtor(s)

Bankruptcy No: 13−12847−sr

Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 8/18/17

64 − 63
Form 138_new