Certificate Number: 05781-PAE-DE-029780038

Bankruptcy Case Number: 13-12847



05781-PAE-DE-029780038

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 24, 2017, at 11:21 o'clock AM PDT, Marcelina Angud completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 24, 2017            By:    /s/Allison M Geving

Name:  Allison M Geving

Title:   President