UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:      Marcelina A. Angud            :      Chapter 13

              Debtor               :      Bky. No. 13-12847 jkf

                                                  :

ORDER

AND NOW, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor's estate,

IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is **CLOSED, without the entry of an order of discharge.**

FOR THE COURT

Date: October 30, 2017

_____
JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY COURT