United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 13-12847-jkf
Marcelina A. Angud                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2            User: John                   Page 1 of 2              Date Rcvd: Oct 31, 2017
                                Form ID: pdf900              Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2017.
db          +Marcelina A. Angud,    942 Jackson Street,    Philadelphia, PA 19148-3120
NONE        +Michael J. Halprin,    1806 South Broad Street,    Philadelphia, PA 19145-2303

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Nov 01 2017 01:30:19     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 01 2017 01:30:00
               Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 01 2017 01:30:13     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 01 2017 01:30:13
               Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd. 5th Floor,
               Coral Gables, FL 33146-1837
cr           E-mail/Text: bankruptcy@phila.gov Nov 01 2017 01:30:19     City of Philadelphia,
               Law Revenue Department,    c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
               5th Floor, Municipal Services Bldg,   Philadelphia, PA  19102
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2017 at the address(es) listed below:
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2007-23CB, Mortgage
               Pass-Through Certificates, Series 2007-23CB debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              DAVID   NEEREN    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York, as
               Trustee (CWALT 2007-23CB) dneeren@udren.com,    vbarber@udren.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              HEATHER STACEY RILOFF    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2007-23CB, Mortgage
               Pass-Through Certificates, Series 2007-23CB heather@mvrlaw.com,    Michelle@mvrlaw.com
              JILL   MANUEL-COUGHLIN    on behalf of Creditor    Bayview Loan Servicing LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    U.S. Bank National Association, as trustee for the
               LXS 2007-4N jkishbaugh@udren.com,    vbarber@udren.com
              KIMBERLY A. BONNER    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2007-23CB, Mortgage
               Pass-Through Certificates, Series 2007-23CB amps@manleydeas.com
              MARY F. KENNEDY    on behalf of Defendant    Greentree Servicing mary@javardianlaw.com,
               tami@javardianlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2007-23CB) bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2007-23CB, Mortgage
               Pass-Through Certificates, Series 2007-23CB mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              MICHAEL D. WARD    on behalf of Debtor Marcelina A. Angud mdwecf@gmail.com,
               G7290@notify.cincompass.com
              MICHAEL J. HALPRIN    on behalf of Plaintiff Marcelina A. Angud ecf@halprinlaw.com,
               mdwmjh@gmail.com

```
District/off: 0313-2           User: John                 Page 2 of 2                  Date Rcvd: Oct 31, 2017
                               Form ID: pdf900            Total Noticed: 7
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        MICHAEL J. HALPRIN   on behalf of Debtor Marcelina A. Angud ecf@halprinlaw.com, mdwmjh@gmail.com
        MICHAEL J. HALPRIN   on behalf of  Michael J. Halprin ecf@halprinlaw.com, mdwmjh@gmail.com
        PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov, james.feighan@phila.gov
        PETER J. ASHCROFT   on behalf of Creditor   BANK OF AMERICA, N.A. pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        THOMAS R. WASKOM   on behalf of Creditor   Citizens Bank kbell@hunton.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

        TOTAL: 19

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:    Marcelina A. Angud    :    Chapter 13

        Debtor    :    Bky. No. 13-12847 jkf

    :

ORDER

AND NOW, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor's estate,

IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is **CLOSED, without the entry of an order of discharge.**

FOR THE COURT

Date: October 30, 2017

_____
JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY COURT