## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Marcelina A. Angud         :        Chapter 13

   Debtor         :        Bky. No. 13-12847 jkf

                :

## NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above-captioned case has been closed without entry of discharge.

Date:   11/15/2017

                    FOR THE COURT

                    TIMOTHY B. McGRATH
                    Clerk of Court