```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 13-12847-jkf
Marcelina A. Angud                                                  Chapter 13
         Debtor
                                 CERTIFICATE OF NOTICE
District/off: 0313-2          User: John                 Page 1 of 2                  Date Rcvd: Nov 15, 2017
                              Form ID: pdf900            Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2017.
db             +Marcelina A. Angud,    942 Jackson Street,    Philadelphia, PA 19148-3120
NONE           +Michael J. Halprin,    1806 South Broad Street,    Philadelphia, PA 19145-2303
13878459       +BAYVIEW LOAN SERVICING,    AS AGENT FOR THE BANK OF NEW YORK MELLON,    c/o MATTEO SAMUEL WEINER,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13631756       +Bank of New York Mellon,    fka Bank of New York Loan 2007-23CB,    c/o DANIELLE BOYLE-EBERSOLE,
                 298 Wissahickon Avenue,    North Wales PA 19454-4114
13046181       +Bank of New York Mellon,    c/o Kimberly A. Bonner, Esq,    Zucker, Goldberg & Ackerman, LLC,
                 200 Sheffield St. Suite 101,    Mountainside, NJ 07092-2315
13952398       +Bayview Loan Servicing LLC,    c/o JILL MANUEL-COUGHLIN,    Powers, Kirn & Associates, LLC,
                 Eight Neshaminy Interplex, Suite 215,    Trevose, PA 19053-6980
13010149       +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13011844       +Citizens Bank,    443 Jefferson Blvd,    RJW 135,    Warwick RI 02886-1321
13010150       +Citizens Bank,    1 Citizens Dr,    Riverside, RI 02915-3000
13010151       +Citizens Cc,    Attn: bankruptcy Department,    480 Jefferson Blvd Ms: Rje-135,
                 Warwick, RI 02886-1359
13010156       +Indymac Bank/OnewestBank/US Bank,    Attn:Bankruptcy,    2900 Esperanza Crossing,
                 Austin, TX 78758-3658
13353297       +Michael J. Halprin,    1806 South 7th Street,    Philadelphia, PA 19148
13063843        OneWest Bank, FSB,    PO Box 829009,    Dallas, TX 75382-9009
13010160       +Tempus Rsrts/tempus Pa,    5422 Carrier Dr Ste 100,    Orlando, FL 32819-8323
13945117       +The Bank of New York Mellon,    fka Bank of New York (CWALT 07-00023CB),    c/o DAVID NEEREN,
                 111 Woodcrest Road,    Cherry Hill, NJ 08003-3620
13010161       +Tony S. Angud,    942 Jackson Street,    Philadelphia, PA 19148-3120
13010162       +US Bank, FSB,    888 E Walnut Street,    Pasadena, CA 91101-1895

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Nov 16 2017 01:59:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2017 01:59:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2017 01:59:37     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 16 2017 01:59:37
                 Bayview Loan Servicing LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1837
cr              E-mail/Text: bankruptcy@phila.gov Nov 16 2017 01:59:53     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13841521       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 16 2017 01:59:37
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, Florida 33146-1837
13010147       +E-mail/Text: notices@burt-law.com Nov 16 2017 02:00:01     Burton Neil & Associates PC,
                 1060 Andrew Drive,    Suite 170,    West Chester, PA 19380-5600
13010153        E-mail/Text: bankruptcy@phila.gov Nov 16 2017 01:59:52     City of Philadelphia,
                 1515 Arch Street,    15th Floor,    Philadelphia, PA 19102-1595
13010152        E-mail/Text: bankruptcy@phila.gov Nov 16 2017 01:59:52     City of Philadelphia,
                 Law Department,    1515 Arch Street, 15th Floor,    Philadelphia, PA 19103
13077878        E-mail/Text: bankruptcy@phila.gov Nov 16 2017 01:59:53     City of Philadelphia Law Department,
                 Tax Unit - Bankruptcy,    Municipal Services Building,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13010158        E-mail/Text: bankruptcy@phila.gov Nov 16 2017 01:59:53     Philadelphia Dept of Revenue,
                 P.O. Box 1630,    Philadelphia, PA 19134
13010154       +E-mail/PDF: pa_dc_ed@navient.com Nov 16 2017 01:57:38     Dept Of Ed/sallie Mae,    Po Box 9635,
                 Wilkes Barre, PA 18773-9635
13010155       +E-mail/Text: bankruptcy.bnc@ditech.com Nov 16 2017 01:59:06     Green Tree Servicing L,
                 Po Box 6172,    Rapid City, SD 57709-6172
13017284       +E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2017 01:57:35     Green Tree Servicing LLC,
                 7340 S. Kyrene Rd.,    Recovery Dept - T120,    Tempe, Az 85283-4573
13010157        E-mail/PDF: gecsedi@recoverycorp.com Nov 16 2017 01:58:06     Lowes,    P.O. Box 960010,
                 Orlando, FL 32896-0010
13168206        E-mail/PDF: pa_dc_ed@navient.com Nov 16 2017 01:57:37     Sallie Mae Inc, On Behalf of The,
                 Department of Education,    DOE,    P.O. Box 740351,    Atlanta, GA 30374-0351
13010159       +E-mail/Text: jennifer.chacon@spservicing.com Nov 16 2017 02:00:04     Select Portfolio Svcin,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 17
```

```
District/off: 0313-2          User: John                  Page 2 of 2                   Date Rcvd: Nov 15, 2017
                              Form ID: pdf900             Total Noticed: 34
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13010148         Cao
13353302*       +Michael J. Halprin,    1806 South 7th Street,    Philadelphia, PA 19148
                                                                                              TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2017 at the address(es) listed below:
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor   Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2007-23CB, Mortgage
               Pass-Through Certificates, Series 2007-23CB debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
              DAVID  NEEREN    on behalf of Creditor   The Bank of New York Mellon fka The Bank of New York, as
               Trustee (CWALT 2007-23CB) dneeren@udren.com,  vbarber@udren.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              HEATHER STACEY RILOFF    on behalf of Creditor   Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2007-23CB, Mortgage
               Pass-Through Certificates, Series 2007-23CB heather@mvrlaw.com,  Michelle@mvrlaw.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor   Bayview Loan Servicing LLC jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              JOHN ERIC KISHBAUGH    on behalf of Creditor    U.S. Bank National Association, as trustee for the
               LXS 2007-4N jkishbaugh@udren.com,   vbarber@udren.com
              KIMBERLY A. BONNER    on behalf of Creditor   Bank of New York Mellon, f/k/a The Bank of New York,
               as trustee, on behalf of the holders of the Alternative Loan Trust 2007-23CB, Mortgage
               Pass-Through Certificates, Series 2007-23CB amps@manleydeas.com
              MARY F. KENNEDY    on behalf of Defendant   Greentree Servicing mary@javardianlaw.com,
               tami@javardianlaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW
               YORK, AS TRUSTEE (CWALT 2007-23CB) bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor   Bank of New York Mellon, f/k/a The Bank of New
               York, as trustee, on behalf of the holders of the Alternative Loan Trust 2007-23CB, Mortgage
               Pass-Through Certificates, Series 2007-23CB mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              MICHAEL D. WARD    on behalf of Debtor Marcelina A. Angud mdwecf@gmail.com,
               G7290@notify.cincompass.com
              MICHAEL J. HALPRIN    on behalf of  Michael J. Halprin ecf@halprinlaw.com,  mdwmjh@gmail.com
              MICHAEL J. HALPRIN    on behalf of Plaintiff Marcelina A. Angud ecf@halprinlaw.com,
               mdwmjh@gmail.com
              MICHAEL J. HALPRIN    on behalf of Debtor Marcelina A. Angud ecf@halprinlaw.com,  mdwmjh@gmail.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              PETER J. ASHCROFT    on behalf of Creditor   BANK OF AMERICA, N.A. pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS R. WASKOM    on behalf of Creditor   Citizens Bank kbell@hunton.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 19

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:    Marcelina A. Angud    :    Chapter 13

           Debtor    :    Bky. No. 13-12847 jkf

                              :

## NOTICE OF CHAPTER 13 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above-captioned case has been closed without entry of discharge.

Date:    11/15/2017

                              FOR THE COURT

                              TIMOTHY B. McGRATH
                              Clerk of Court